UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-00330-BR

| | | |
|---|---|---|
| LYDIA B. HASHEMZADEH, | ) | |
|               Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| BELK, INC., | ) | |
|               Defendant. | ) | |

This matter is before the court on plaintiff's 24 October 2011 "Motion for a Postponement." It appears that plaintiff seeks a stay of the case until 1 February 2012 and that she not be required to submit her responses to defendant's discovery requests (which the court ordered her to do within 30 days of 26 September 2011 on defendant's motion to compel) until that same date. Plaintiff requests the delay because she is taking college courses and will be out of town "most of December and all of January." Plaintiff's request for relief is DENIED. **Within 20 days of the date of this order**, plaintiff is DIRECTED to respond to the discovery requests served on her by defendant. **FOR THE SECOND TIME, PLAINTIFF IS HEREBY WARNED THAT IF SHE FAILS TO TIMELY AND FULLY RESPOND TO THOSE DISCOVERY REQUESTS, HER CASE MAY BE DISMISSED AND JUDGMENT ENTERED IN FAVOR OF DEFENDANT.**

      This 23 November 2011.

                                                                                W. Earl Britt
                                                             Senior U.S. District Judge