UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Lydia B. Hashemzadeh, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Belk, Inc., | ) | No. 5:10-CV-330-BR |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss is ALLOWED. This case is DISMISSED WITH PREJUDICE.

**This judgment filed and entered on February 28, 2012, and served on:**

Lydia B. Hashemzadeh (via US Mail at 4821 Edgerton Court, Apt 804, Raleigh, NC 27612)
Gretchen W. Ewalt (via CM/ECF Notice of Electronic Filing)
Michael Douglas McKnight (via CM/ECF Notice of Electronic Filing)

February 28, 2012  /s/ Dennis P. Iavarone,
Clerk of Court